# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMY M. LEWIS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:23-cv-00037 |
| ) | |
| ) | JURY DEMANDED |
| JANET KALBHEN, an individual, and ) | |
| VANTIUS, INC., an Illinois domestic ) | |
| business corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

NOW COMES the Plaintiff, AMY M. LEWIS, ("Plaintiff"), by and through her attorneys, the law firm of Cole Sadkin, LLC, pursuant to FRCP 41(a)(1)(A)(ii), moves this Honorable Court to dismiss her Complaint against Defendants, JANET KALBHEN and VANTIUS, INC., ("Defendants"), without prejudice. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint against Defendants on January 4, 2023.

2. This matter is currently pending and has not previously been dismissed with leave to refile.

3. Contemporaneously with the filing of this Motion, Plaintiff is filing a Stipulation to Dismiss, which has been signed by all parties who have appeared, as required by FRCP(a)(1)(A)(ii).

WHEREFORE, Plaintiff, AMY M. LEWIS, respectfully requests that this Honorable Court enter an order voluntarily dismissing this present action, without prejudice, and for any such further relief as this Honorable Court deems equitable and just.

Dated: January 20, 2023                                              Respectfully submitted

                                                   By:  /s/ Mason S. Cole
                                                               Mason S. Cole

**COLE SADKIN, LLC**
Mason S. Cole, ARDC No. 6307727
1652 W Belmont Ave.
Chicago, IL 60657
(312) 548-8610
mcole@colesadkin.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2023, he electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

                                                          /s/ Anthony Scarpiniti
                                                          Anthony Scarpiniti