IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY M. LEWIS, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JANET KALBHEN, an individual, and ) <br> VANTIUS, INC., an Illinois domestic ) <br> business corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:23-cv-00037 <br><br> JURY DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff AMY M. LEWIS and Defendant JANET KALBHEN that the above captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Signature of plaintiff or plaintiff's counsel_

1652 W. Belmont Ave, Ste 1
_Address_

Chicago, IL 60657
_City, State & Zip Code_

(312) 548-8610
_Telephone Number_

Dated: January 19, 2023

_Signature of defendant or defendant's counsel_

40 Shuman Blvd., Suite 206
_Address_

Naperville, IL 60563
_City, State & Zip Code_

(847) 330-3700
_Telephone Number_

Dated: January 19, 2023